# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JEREMY STEVENS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00270-ALM-AGD |
| | § | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | § § § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 17, 2025, the Report of the Magistrate Judge, (Dkt. #52), was entered containing proposed findings of fact and recommendation that Plaintiff's Motion for Preliminary Injunction and Brief in Support against Defendant Trans Union LLC (Dkt. #39) and Emergency Motion for Temporary Restraining Order against Defendant Trans Union LLC (Dkt. #41) be denied. The Report also recommended that Defendant Trans Union's Motion for Attorney's Fees be denied.

On June 30, 2025, Plaintiff filed timely objections to the Report (Dkt. #53). On July 8, 2025, Defendant Trans Union, LLC filed its Response in Opposition to Plaintiff's Objections to the Report and Recommendation (Dkt. #66). Additionally, on July 14, 2025, Plaintiff filed a Motion for Leave to [File] Supplemental Briefing in Support of Objections to Report and Recommendation (Dkt. #74), which the court now **GRANTS**. As such, also before the Court are Plaintiff's

Supplemental Brief in Support of Objections to Report and Recommendation (Dkt. #73), and Plaintiff's Reply to Defendant Trans Union LLC's Response in Opposition to Plaintiff's Objections to the Report and Recommendation (Dkt. #75). The Court has conducted a de novo review of Plaintiff's objections and the portions of the Report to which Plaintiff specifically objects, as well as Defendant Trans Union's Response (Dkt. #66), Plaintiff's Supplement (Dkt. #73), and Plaintiff's Reply to Defendant Trans Union LLC's Response (Dkt. #75). Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Plaintiff's Motion for Preliminary Injunction and Brief in Support against Defendant Trans Union LLC (Dkt. #39) and Emergency Motion for Temporary Restraining Order against Defendant Trans Union LLC (Dkt. #41) are **DENIED**. It is further **ORDERED** that Defendant Trans Union's Motion for Attorney's Fees is **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 11th day of September, 2025.

_(signature)_
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE